# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HERMAN RANEY

NO. 2020 KW 1284

**MARCH 02, 2021**

---

In Re:     Herman Raney, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 19-07216.

---

**BEFORE:     GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

                              JMG
                              PMc
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT